# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142999

MIDWEST MEMORIAL GROUP, LLC, et al,
      Plaintiffs-Appellees,

v

CITIGROUP GLOBAL MARKETS, INC.,
d/b/a SMITH BARNEY,
      Defendant-Appellant,

and

MARK SINGER, KIMBERLY SINGER,
MKS FAMILY, LLC, CLAYTON SMART,
COMMUNITY TRUST AND INVESTMENT,
INTERNATIONAL FUND SERVICES IRELAND
LIMITED, PLANTE & MORAN PLLC, PETER
JENSEN, and CURRIE KENDALL PLLC,
      Defendants.
_____/

SC: 142999
COA: 301964
Ingham CC: 10-000025-CR

On order of the Court, the application for leave to appeal the March 18, 2011 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2011

_____
Clerk

d1017